UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand and fourteen,

In Re: Shahara Khan,

   Debtor,

Karamvir Dhiya & Dahiya Law Offices LLC, Karamvir Dahiya,

   Plaintiffs-Appellants,

v.

Debra Kramer, as Trustee of the Estate of Shahara Khan,

   Trustee-Appellee.

**ORDER**
Docket No. 14-1151

_____

  The appellants Karamvir Dhiya & Dahiya Law Offices LLC, Karamvir Dahiya filed a Notice of Appeal in the above-referenced matter. Appellant filed Form D on 05/14/14 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

  IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before 07/28/14. The appeal is dismissed effective 07/28/14 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013)

              For The Court:

              Catherine O'Hagan Wolfe,
              Clerk of Court



Case: 14-1151     Document: 28     Page: 2     06/18/2014     1251473     2