UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand and fourteen.

_____

In Re: Shahara Khan,

Debtor,

----------------------------------------

Karamvir Dahiya & Dahiya Law Offices LLC, Karamvir Dahiya,

**ORDER**

Docket No. 14-1151

Plaintiffs-Appellants,
v.

Debra Kramer, as Trustee of the Estate of Shahara Khan,

Trustee-Appellee.

_____

Counsel for Appellee has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 30, 2014 as the brief filing date. The date selected exceeds the time allowed by the Rule.

IT IS HEREBY ORDERED that Appellee's brief must be filed on or before October 27, 2014 . If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee's will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

FOR THE COURT:

Catherine O'Hagan Wolfe,

Clerk of Court



Case: 14-1151　　Document: 67　　Page: 2　　08/06/2014　　1288830　　2