**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**                                        **CATHERINE O'HAGAN WOLFE**
CHIEF JUDGE                                                   CLERK OF COURT

Date: October 28, 2014                     DC Docket #: 13-cv-3079
Docket #: 14-1151bk                        DC Court: EDNY (BROOKLYN)
Short Title: In Re: Shahara Khan           DC Judge: Irizarry

### NOTICE OF DEFECTIVE FILING

On 10/27/14 the brief and appendix were submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____  Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____  Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____  Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____  Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____  Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____  Improper proof of service *(FRAP 25)*
          _____ Missing proof of service
          _____ Served to an incorrect address
          _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____  Failure to submit document in digital format *(Local Rule 25.1)*
\_xx\_\_\_  Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here
          for instructions on how to make PDFs text searchable
_____  Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*
_____  Failure to file special appendix *(Local Rule 32.1)*
_____  Defective cover *(FRAP 32)*
          _____ Incorrect caption *(FRAP 32)*
          _____ Wrong color cover *(FRAP 32)*
          _____ Docket number font too small *(Local Rule 32.1)*
\_xx\_\_\_  Incorrect pagination, click here for instructions on how to paginate PDFs
          *(Local Rule 32.1)*
_____  Incorrect font *(FRAP 32)*
_____  Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____  Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____  Untimely filing
\_xx\_\_\_  Incorrect Filing Event
\_xx\_\_\_  Other: a motion to file an appendix is required.

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than 10/30/14. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8522.